16042. WILKERSON *v.* THE STATE.

A general verdict of guilty upon an indictment in two counts, one charging the keeping of a lewd house for the practice of fornication and adultery and the other charging the keeping and maintaining of a common, ill-governed, and disorderly house, to the encouragement of idleness, drinking, and other misbehavior, was not authorized, where there was no evidence that authorized a conviction under the second count.

DECIDED JANUARY 13, 1925.

Keeping lewd house; from Wilkes superior court—Judge Shurley. October 14, 1924.

*H. E. Combs, F. W. Gilbert, Colley & Colley,* for plaintiff in error.

*M. L. Felts, solicitor-general,* contra.

LUKE, J. The defendant was convicted generally upon an indictment which in one count charged her with keeping a lewd house for the practice of fornication and adultery, and in the other charged her with keeping and maintaining a common, ill-governed, and disorderly house, to the encouragement of idleness, drinking, and other misbehavior (Penal Code, §§ 382, 383). There was no evidence authorizing a conviction under the second count, and therefore the verdict was contrary to law and the evidence, and the court erred in overruling the motion for a new trial. See, in this connection, *Fanning* v. *State,* 17 *Ga. App.* 316 (2) (86 S. E. 731) ; *Brooks* v. *State,* 27 *Ga. App.* 629 (87 S. E. 909).

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*